```
Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com
E-Mail: edward.winchester@bullivant.com
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> RIVER VIEW CONSTRUCTION, INC., a California corporation; and GREGORY GORESHNIK, an individual, <br><br> Defendants. | Case No.: CV 12-03514 PJH <br><br> **PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> DATE:           January 3, 2013 <br> TIME:            2:00 p.m. <br> CTROOM:    3, 3rd Floor <br>                        **Hon. Phyllis J. Hamilton** |

Plaintiffs file this abbreviated Case Management Conference Statement.

Plaintiffs are proceeding in default and Plaintiffs' motion for default judgment is substantially completed and will be filed within the next 30 days.  Based on the above, Plaintiffs request that the case management conference be continued for approximately 30 days, allowing Plaintiffs time to file and serve their motion for default judgment.

///

– 1 –

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

1  DATED: December 27, 2012

2                                         BULLIVANT HOUSER BAILEY PC

4                                         By _____
                                             Ronald L. Richman
5                                            Susan J. Olson
                                             Edward D. Winchester
6
                                          Attorneys for Plaintiffs

8                                    **ORDER**

9      Plaintiffs having submitted their Case Management Conference Statement and good
10 cause appearing:

11     IT IS HEREBY ORDERED that the case management conference scheduled for
12 January 3, 2013 be continued until February 7____, 2013 at 2:00 p.m. In the event Plaintiffs
13 file their Motion for Default Judgment on or before the date for the continued case management
14 conference, the continued case management conference shall be vacated.

15 DATED: 12/27/12

17                                         By _____
                                             HON. PHYLLIS J. HAMILTON
                                             UNITED STATES DISTRICT JUDGE

                                           IT IS SO ORDERED
                                           Judge Phyllis J. Hamilton

19 13970243.1

- 2 -
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

# PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On December 27, 2012, I served the document(s) entitled:

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**

upon the following party(ies):

| River View Construction, Inc.<br>4003 Seaport Blvd.<br>West Sacramento, CA 95691 | Gregory Goreshnik<br>4003 Seaport Blvd.<br>West Sacramento, CA 95691 |
|---|---|

☒ BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

☐ BY FACSIMILE TRANSMISSION (CCP § 1013(e), CRC 2.306): I transmitted the document(s) by facsimile transmission by placing it(them) in a facsimile machine (telephone number 415-352-2701) and transmitting it(them) to the facsimile machine telephone number(s) listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

☐ BY OVERNIGHT DELIVERY (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

☐ BY PERSONAL SERVICE UPON AN ATTORNEY (CCP § 1011(a)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

| | |
|---|---|
| 1 | ☐ BY PERSONAL SERVICE UPON A PARTY (CCP § 1011(b)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2012, at San Francisco, California.

*Debora J. Fong*
Debora J. Fong

---

– 2 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON