UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.,

    Plaintiffs,

v.

RIVER VIEW CONSTRUCTION, et al.,

    Defendants.
_____/

No. C 12-3514 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on Plaintiffs' Motion for Default Judgment.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: February 1, 2013

                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge