UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES of the LABORERS
HEALTH and WELFARE TRUST FUND
for NORTHERN CALIFORNIA, et al.,

        Plaintiff(s),               No. C 12-3514 PJH

        v.                    **ORDER ADOPTING**
                                **MAGISTRATE JUDGE'S REPORT**
                                **AND RECOMMENDATION**
RIVER VIEW CONSTRUCTION, INC., et al.,

        Defendant(s).
_____/

        The court has reviewed Magistrate Judge Ryu's Report and Recommendation Re:

Plaintiffs' Motion for Default Judgment, filed in this case on April 17, 2013.  Neither

Defendant filed an objection within the time allowed under 28 U.S.C. § 636(b)(1).  The court

finds the report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, plaintiffs' motion for default judgment is GRANTED.  Judgment will be entered

in favor of plaintiffs in the amount of $30,499.97 in unpaid contributions, liquidated

damages and interest; $14,194.50 in attorney's fees; and $799.14 in costs.  Defendants

are further ORDERED to submit all required monthly contribution reports and contributions

due and owing for audit.

        The court will retain jurisdiction over this matter until conclusion of the audit to

enforce the injunction and to entertain a motion for a further money judgment should the

audit disclose that additional amounts are owed by defendants.

        IT IS SO ORDERED.

Dated:  May 15, 2013

                                              _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge