UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES of the LABORERS
HEALTH and WELFARE TRUST FUND
for NORTHERN CALIFORNIA, et al.,

    Plaintiff(s),

    v.

RIVER VIEW CONSTRUCTION, INC., et al.,

    Defendant(s).
_____/

No. C 12-3514 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The court has reviewed Magistrate Judge Ryu's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment, filed in this case on April 17, 2013. Neither Defendant filed an objection within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiffs' motion for default judgment is GRANTED. Judgment will be entered in favor of plaintiffs in the amount of $30,499.97 in unpaid contributions, liquidated damages and interest; $14,194.50 in attorney's fees; and $799.14 in costs. Defendants are further ORDERED to submit all required monthly contribution reports and contributions due and owing for audit.

    The court will retain jurisdiction over this matter until conclusion of the audit to enforce the injunction and to entertain a motion for a further money judgment should the audit disclose that additional amounts are owed by defendants.

    IT IS SO ORDERED.

Dated: May 15, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge