UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES of the LABORERS
HEALTH and WELFARE TRUST FUND
for NORTHER CALIFORNIA, et al.,

    Plaintiff(s),                              No. C 12-3514 PJH

    v.                                        **JUDGMENT**

RIVER VIEW CONSTRUCTION, INC., et al.,

    Defendant(s).
_____/

    Defendants having failed to make an appearance int his action, and the court having granted plaintiffs' motion for default judgment,

    It is Ordered and Adjudged

    that plaintiffs shall recover from defendants the sum of $30,499.97 in unpaid contributions, liquidated damages and interest; $14,194.50 in attorney's fees; and $799.14 in costs.

    that defendants shall submit all required monthly contribution reports and contributions due and owing for audit.

    and that the complaint be dismissed.

    The court will retain jurisdiction over this matter until conclusion of the audit to enforce the injunction and to entertain a motion for a further money judgment should the audit disclose that additional amounts are owed by defendants.

    IT IS SO ORDERED.

Dated: May 15, 2013

                                                                              _____
                                                                              PHYLLIS J. HAMILTON
                                                                              United States District Judge