UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, et al.,

    Plaintiffs,

v.

RIVER VIEW CONSTRUCTION, et al.,

    Defendants.
_____/

No. C 12-3514 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Ryu for resolution of plaintiffs' application for order for appearance and examination of judgment debtors for enforcement of judgment.

    The parties will be advised of the date, time and place of any appearance by notice from Magistrate Judge Ryu.

    **IT IS SO ORDERED**.

Dated: July 15, 2014

                                                              _____
                                                              PHYLLIS J. HAMILTON
                                                               United States District Judge